RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY

CHRISTINE G. ENGLAND, ID Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID  83702
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
christine.england@usdoj.gov

TODD KIM
ASSISTANT ATTORNEY GENERAL

PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Temp. Tel: (434) 325-2062
Fax: (202) 305-0506
paul.freeborne@usdoj.gov

SHAMPA A. PANDA
Trial Attorney
Wildlife and Marine Resources Section
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-0431
Fax: (202) 305-0275
shampa.panda@usdoj.gov

READE E. WILSON
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-0299
Fax: (202) 305-0506
reade.wilson@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE TO UINTAS CONNECTION, and ALLIANCE FOR THE WILD ROCKIES,<br><br>      Plaintiffs,<br><br>v.<br><br>MEL BOLLING, Forest Supervisor Caribou-Targhee National Forest, MARY FARNSWORTH, Regional Forester for Intermountain Region, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and the UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>      Defendants.<br><br>and<br><br>LOWER VALLEY ENERGY AND STATE OF WYOMING,<br><br>      Defendant-Intervenors. | Case No. 4:20-CV-00192-DCN<br><br>**FEDERAL DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants Mel Bolling, in his official capacity as Forest Supervisor of the Caribou-Targhee National Forest; Mary Farnsworth, in her official capacity as Regional Forester for the Intermountain Range; the United States Forest Service; and the United States Army Corps of Engineers ("Federal Defendants"), through their attorneys, respectfully move the Court to dismiss this action for lack of subject matter jurisdiction. On March 28, 2022, the Forest Service withdrew the Record of Decision at issue in this litigation. Moreover, the challenged U.S. Army Corps of Engineers Clean Water Act

verification has expired.  There is no longer a reviewable final agency action or case or controversy to be adjudicated.

This motion is supported by the attached memorandum of points and authorities.

Respectfully submitted this 4th day of April, 2022.

        TODD KIM
        ASSISTANT ATTORNEY GENERAL

        */s/ Paul G. Freeborne*
        PAUL G. FREEBORNE
        Trial Attorney
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Temp. Tel: (434) 325-2062
        Fax: (202) 305-0506
        paul.freeborne@usdoj.gov

        */s/ Shampa A. Panda*
        SHAMPA A. PANDA
        Trial Attorney
        Wildlife and Marine Resources Section
        150 M Street NE
        Washington, D.C. 20002
        Tel: (202) 305-0431
        Fax: (202) 305-0275
        shampa.panda@usdoj.gov

        */s/ Reade E. Wilson*
        READE E. WILSON
        Trial Attorney
        Natural Resources Section
        150 M Street NE
        Washington, D.C. 20002
        Tel: (202) 305-0299
        Fax: (202) 305-0506
        reade.wilson@usdoj.gov

        *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2022, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to the attorneys of record.

                                                  */s/Reade E. Wilson*
                                                  READE E. WILSON
                                                  Trial Attorney