# Exhibit 1

Withdrawal of the November 1, 2019 Record of Decision for the Crow Creek
Pipeline Project



**Forest Service**       **Caribou-Targhee National Forest HQ**     **1405 Hollipark Drive**
                                                                    **Idaho Falls, ID 83401**
                                                                    **208-557-5900**
                                                                    **Fax: 208-557-5827**

---

**File Code:**  2730                                    **Date:**    March 28, 2022
**Route To:**

**Subject:**   Withdrawal of the November 1, 2019 Record of Decision for the Crow Creek
               Pipeline Project

**To:**    Mary Farnsworth, Regional Forester

I have decided to withdraw my November 1, 2019 Record of Decision for the Crow Creek
Pipeline Project on the Montpelier Ranger District of the Caribou-Targhee National Forest
("ROD"). This withdrawal is effective immediately.

In 2017, Lower Valley Energy proposed to construct, operate, and maintain a 12-inch diameter
natural gas pipeline from Montpelier, Idaho to Afton, Wyoming. The proposed pipeline route
crosses National Forest System (NFS) lands, Bureau of Land Management (BLM) lands, and
state and private lands.

The ROD selected a route for the pipeline across NFS lands. It also discussed the need for future
Forest Service actions: (i) the issuance of a special use authorization for a 50-foot temporary
construction right-of-way (ROW) and 20-foot permanent ROW; and (ii) an amendment to the
Caribou National Forest Revised Plan to establish a utility corridor.

If a natural gas pipeline crosses lands administered by two or more federal agencies, the
authority to grant the ROW across all federal lands involved resides with BLM pursuant to the
Mineral Leasing Act and its implementing regulations. 30 U.S.C. § 185(c)(2); 36 C.F.R. §
251.54(b)(3); 43 C.F.R. § 2881.11. Here, the proposed pipeline route crosses lands administered
by the Forest Service and BLM. Therefore, BLM has the authority to grant ROW for the pipeline
across NFS lands. The Forest Service may concur in BLM's decision to authorize these ROWs.
43 C.F.R. § 2884.26.

Because the ROD does not reflect this decision framework, I have decided to withdraw the ROD
and direct my staff to conduct additional review and analysis in coordination with BLM. Any
new Forest Service decision regarding the Crow Creek Pipeline Project will comply with all
applicable law, including the National Environmental Policy Act and the Endangered Species
Act, and public participation requirements. Construction of the Project cannot proceed on NFS
lands unless and until BLM grants the ROW.

MELVIN BOLLING
Forest Supervisor

